Gale K. Francis, Bar #4213
Assistant Attorney General
Stephen W. Lewis, Bar #1952
Assistant Attorney General
Laron Lind, Bar #8334
Assistant Attorney General
Sean D. Reyes, Bar # 7969
Utah Attorney General
Attorneys for the Plaintiff
210 N 1950 W
SALT LAKE CITY, UT  84134
Telephone:   801-297-6219
             801-366-0375

In the United States Bankruptcy Court
For the District of UTAH

| In Re: | Bankruptcy Case Number: |
| --- | --- |
| IGNACIO GUTIERREZ | 15-27922 |
| XXX-XX-2866 | Chapter: 13 |
| CONCEPCION GUTIERREZ | |
| XXX-XX-7767 | OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |
| Debtor | |

COMES NOW, the Utah State Tax Commission and objects to confirmation of debtor's Chapter 13 plan as authorized by 11 U.S.C. Sec.1324.  This objection is made on the grounds that the plan does not comply with the provisions of Chapter 13 and has not been proposed in good faith as required by 11 U.S.C. Sec.1325 (a) (1), (3), and in failure of debtor(s) to comply with 11 U.S.C. Sec. 1322 (a) (2) to provide for the full payment of all Utah State Tax Commission tax claims entitled to priority under 11 U.S.C. Sec. 507.

Debtor's plan specifically fails to provide for full payment of the following debt:  The debtor(s) has(have) failed to file appropriate Tax Returns for 2013 as requested by the Utah State Tax Commission as set forth in the interim Order.

DATED this 5th day of October, 2015

/s/ Gale K. Francis
Assistant Attorney General

BK OBJECTION TO CONFIRMATION                                                                    L1345644352