KC Garner, #13936
Brian Wurtz, #11436
Beehive Advocates
10907 South State Street
Sandy, Utah 84070
Telephone: (801) 432-2975
Facsimile: (801) 528-3092

Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Case No. 15-27922 |
| IGNACIO GUTIERREZ JR.<br>CONCEPCION GUTIERREZ | Chapter 13 |
| | Judge JOEL T. MARKER |
| Debtors. | Filed Electronically |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Ignacio Gutierrez Jr. and Concepcion Gutierrez, ("Debtors"), by and through counsel, hereby object to the Trustee's Motion to Dismiss for failure to produce at the 341 Meeting evidence of current income (Docket No. 15):

1. Debtors filed for Chapter 13 bankruptcy on August 24, 2015.

2. On October 14, 2015 the Trustee filed a Motion to Dismiss for failure to produce at the 341 Meeting evidence of

1

   current income (Docket No. 15).

3. Debtors have since provided that documentation to the Trustee.

   THEREFORE, Debtors respectfully request that the Court deny the Trustee's Motion to Dismiss.

   Dated this 23rd day of October, 2015.

                            Beehive Advocates


                            _/s/_____
                            Brian Wurtz
                            Attorney for Debtor